UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21cr1463-JLS |
|---|---|
| Plaintiff, | ORDER OF CRIMINAL FORFEITURE |
| v. | |
| SAMIR HAJ, | |
| Defendant. | |

WHEREAS, in the Information the United States sought forfeiture of all right, title and interest in property of Defendant SAMIR HAJ, ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) as property constituting proceeds of the offense set forth in Count 1 in the violation of Title 18, United States Code, Section 541, as charged in Count 1 in the Information.

WHEREAS, on or about May 25, 2021, Defendant pled guilty before Magistrate Judge Michael S. Berg to Count 1,2, and 3 of the Information, which pleas included consent to forfeiture of all property seized in connection with the case, including but not limited to entry of a forfeiture money judgment in the amount of $427,689.00 representing the proceeds Defendant and co-defendant personally received from the offense set forth in Count 1, which forfeiture shall be included and incorporated as part of the judgment in this case; and

1 | WHEREAS, on February 10, 2022, this Court accepted the guilty pleas of
2 | Defendant; and

3 | WHEREAS, by virtue of the admissions of the Defendant set out in the plea
4 | agreement and guilty pleas, the Court hereby finds that $427,689.00 represents the
5 | amount of proceeds the Defendant and co-defendant personally obtained directly as a
6 | result of the offense set forth in Count 1 to which Defendant pled guilty, 18 U.S.C. §
7 | 541, as charged in the Information; and

8 | WHEREAS, by virtue of said guilty pleas and the Court's findings, the
9 | United States is now entitled to an Order of Forfeiture in its favor against the
10 | Defendant in the form of a forfeiture money judgment representing the amount of the
11 | proceeds received by the Defendant and co-defendant in the amount of $427,689.00,
12 | pursuant to 18 U.S.C. § 981(a)(1)(c), 28 U.S.C. § 2461(c), and Rule 32.2(b) of the
13 | Federal Rules of Criminal Procedure; and

14 | WHEREAS, by virtue of the facts set forth in the plea agreement the
15 | United States has established the requisite nexus between the $427,689.00 forfeiture
16 | money judgment and the offense set forth in Count 1; and

17 | WHEREAS, the Defendant has agreed that the provisions for the substitution
18 | of assets as provided in 21 U.S.C., § 853(p) exist and has agreed the United States
19 | may take actions to collect the forfeiture money judgment; and

20 | WHEREAS, the United States, having submitted the Order herein to the
21 | Defendant through his attorney of record, to review, and no objections having been
22 | received;

23 | Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

24 | 1. Based on the guilty pleas of the Defendant to Count 1 of the
25 | Information, the United States is entitled to a forfeiture money judgment against
26 | Defendant in the amount of $427,689.00 pursuant to Title 18 U.S.C. 981(a)(1)(C) and
27 | Title 28 U.S.C. 2461(c), representing the proceeds Defendant personally received
28 | from the offense of conviction set forth in Count 1, which forfeiture money judgment

1 is in favor of the United States against Defendant SAMIR HAJ, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961, and for which Defendant and codefendant shall be jointly and severally liable; and

2. This Court shall retain jurisdiction in the case for the purpose of enforcing the order of forfeiture money judgment and collecting and enforcing it; and

3. Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

4. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Order of Forfeiture may be enforced; and

5. The United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $427,689.00 to satisfy the forfeiture money judgment in whole or in part; and

6. The United States may take any and all actions available to it to collect and enforce the forfeiture money judgment.

7. This order shall be incorporated and included as part of the judgment in this case when Defendant is sentenced.

DATED: 8/12/2022

*Honorable Janis L. Sammartino*
United States District Judge